IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AILEAF ASHFORD,<br><br>                Petitioner,<br><br>   v.<br><br>BRIAN COLEMAN, superintendent;<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br><br>                Respondents. | Civil Action<br><br>No.  10-7491 |

## ORDER

AND NOW, this 11th day of July, 2011, upon consideration of petitioner's petition for writ of habeas corpus (Docket No. 1), respondents' response thereto (Docket No. 9), United States Magistrate Judge Jacob P. Hart's Report and Recommendation (Docket No. 10), and petitioner's objections thereto (Docket No. 11), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

    (1)    the petition for writ of habeas corpus is **DISMISSED** pursuant to 28 U.S.C. § 2244(b)(4); and

    (2)    a certificate of appealability **SHALL NOT ISSUE**.

                                                           BY THE COURT:

                                                            /s/ Louis H. Pollak
                                                            Pollak, J.